UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY OF
AMERICA,

                        Plaintiff,

            -against-

SELECTIVE INSURANCE COMPANY OF AMERICA,

                      Defendants.
------------------------------------------------------------------X

Civil Action No.:
1:23-cv-08587

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Selective Insurance Company of America, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party as against the other.

Dated: January _3_, 2024

**USERY & ASSOCIATES**

By:_____.
Tung Sing Wong, Esq.
*Attorneys for The Travelers Indemnity Company of America*
Direct : 917.778.6429
Fax : 844.571-3789
Email: twong2@travelers.com

Please address all correspondence sent by mail to:
P.O. Box 2996
Hartford, CT 06104-2996

Physical Address:
485 Lexington Avenue, 6th Floor
New York NY 10017

**ROPERS MAJESKI PC**

By:_____.
Andrew L. Margulis, Esq.
*Attorneys for Defendant Selective Insurance Company of America*
750 Third Avenue, 25th Floor
New York, NY 10017
646-454-3242
andrew.margulis@ropers.com

                                        SO ORDERED:

                                        _____
                                        U.S.D.J.